IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-cr-00258-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMARR LANG,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 28, 2021, in the State and District of Colorado, the Defendant, Jamarr Lang, intentionally forcibly assaulted, resisted, opposed, intimidated, impeded, and interfered with a federal law enforcement officer, to wit; J.T, who was then engaged in the performance of his official duty as charged; and in doing such acts used a dangerous weapon; and in doing such acts inflicted bodily injury upon said officer.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT 2

On or about April 28, 2021, in the State and District of Colorado, the Defendant, Jamarr Lang, intentionally forcibly assaulted, resisted, opposed, intimidated, impeded,

and interfered with a federal law enforcement officer, to wit; J.D., who was then engaged in the performance of his official duty as charged; and in doing such acts made physical contact with said officer.

All in violation of Title 18, United States Code, Sections 111(a)(1).

## **FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts 1 and 2 of this Indictment involving violations of 18 U.S.C. § 111(a)(1) and (b), Defendant,

JAMARR LANG

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including:

> EAA model MC28 SA semi-automatic 9 mm handgun, black in color handle and stock with grey in color slide, serial number T6368-20AV31385 (best determination of number), to include the attached lazer-light target guide device, collected in BIA case number B021054938 from the defendant.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of Defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property.

            A TRUE BILL:

            <u>"Ink signature on file in Clerk's Office"</u>
            FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

s/ *R. Josh Player*
R. Josh Player
Assistant United States Attorney
United States Attorney's Office
835 E. 2nd Ave, Suite 410
Durango, Colorado 81301
Telephone: (970) 247-1514
E-mail:   riley.player@usdoj.gov