| | |
|---|---|
| DEFENDANT: | Jamarr Lang (**Indictment**) |
| YOB: | 2002 |
| ADDRESS (COUNTY/STATE): | Montezuma, Colorado |

OFFENSES:  Count One: 18 U.S.C. §§ 111(a) and (b) – Assault Against a Federal Officer Using Dangerous Weapon and Causing Bodily Injury

Count Two: 18 U.S.C. §§ 111(a) – Assault Against a Federal Officer with Physical Contact

LOCATION OF OFFENSES (COUNTY/STATE):   Montezuma, Colorado

PENALTY:  Count One: NMT 20 years imprisonment, NMT $250,000 fine, or both; NMT 3 years Supervised Release, and a $100 Special Assessment Fee

Count Two: NMT 8 years imprisonment, NMT $250,000 fine, or both; NMT 3 years Supervised Release, and a $100 Special Assessment Fee

AGENT:  Gwen Smith, Special Agent, BIA

AUTHORIZED BY:  R. Josh Player, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less      _____ over five days      _____ other

THE GOVERNMENT

__x__ will seek detention in this case      _____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   __X__ No