AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

Bureau of Indian Affairs
Office of Justice Services

RECEIVED
AUG 09 2021

| United States of America | ) |
| v. | ) |
| JAMARR LANG | ) Case No. 21-CR-00 258-JMC |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMARR LANG

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count One: 18 U.S.C. §§ 111(a) and (b) – Assault Against a Federal Officer Using Dangerous Weapon and Causing Bodily Injury

Count Two: 18 U.S.C. §§ 111(a) – Assault Against a Federal Officer with Physical Contact

Date: 8/9/21

*Issuing officer's signature*

City and state: Durango, Colorado

James M. Candelaria, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/09/2021, and the person was arrested on *(date)* 08/09/2021 @ 1444
at *(city and state)* 475 Reser View Drive, Towaoc, CO

Date: 08/09/2021

*Arresting officer's signature*

Denise Kee #687
*Printed name and title*