IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

| | |
|---|---|
| Date:  August 11, 2021 | Probation/Pretrial: |
| Secretarial Assistant: Patricia I. Berg | Interpreter: |
| FTR | |

**Criminal Case No.: 21-CR-00258-JMC**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Josh Player, AUSA |
| Plaintiff, | |
| v. | |
| 1. JAMARR LANG, | Counsel: Wade Whidden |
| Defendant. | |

## COURTROOM MINUTES - INITIAL APPEARANCE

**Court in Session: 8:07 a.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel.
Defendant advised of all rights, charges and possible penalties.
Defendant has completed a Financial Affidavit and requests Court appointed counsel

**ORDERED:**
- **The Court finds Defendant is eligible for Court appointed counsel and orders counsel be appointed to represent the Defendant in this matter.**

Government seeks detention.

**ORDERED:**
- Detention hearing, arraignment and discovery conference are scheduled for August 16, 2021 at 10:30 a.m.
- Defendant is remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 8:22 a.m.**
Time: 19 Minutes