IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

| Date: August 16, 2021<br>Secretarial Assistant: Patricia I. Berg<br>FTR | Probation/Pretrial: Erika Ball<br>Interpreter: |
|---|---|

Criminal Case No.: 21-CR-00258-JMC

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br><br>1. JAMARR LANG,<br>Defendant. | Josh Player, AUSA<br><br><br><br>Counsel: Laura Suelau |
|---|---|

## COURTROOM MINUTES –ARRAIGNMENT, DISCOVERY CONFERENCE AND DETENTION HEARING

**Court in Session: 10:32 a.m.**

Court calls case and appearances entered.

Defendant present in custody with Counsel.

Consent of the Government and the Defendant filed.
Defendant indicates that he does not consent to the Magistrate hearing or making recommendations as to any pretrial motion.
Government clarifies that this is not the Government's position.

Court proceeds to arraignment and discovery conference.

Defendant and his counsel waive any further advisement.

Defendant tenders pleas of Not Guilty to Counts One and Two as well as a denial of the forfeiture allegation of the Indictment and requests jury trial.

**ORDERED:**
- Defendant's pleas of NOT GUILTY are received and accepted.

**ORDERED:**
- Signed Discovery Conference Memorandum filed and Order entered.
- Speedy trial dates are as follows:
  - 30 days  -  September 10, 2021
  - 70 days  -  October 20, 2021
  - 90 days  -  n/a

**ORDERED:**
- **This matter is designated a "Durango Case" to be handled in accordance with the Durango Protocol.**
- If they are referred, hearing on any Pre-Trial Motions will be held before the Magistrate Judge in Durango, Colorado.
- **Counsel is directed to obtain pretrial motion deadlines and a trial date from the presiding judge assigned to the case by sending a joint email** to Blackburn_chambers@cod.uscourts.gov.

Court proceeds to Detention Hearing.

Government presents sworn witness testimony with cross examination by defense counsel. Government moves to admit Government's Exhibit 1. Objection by defense counsel is overruled.
Government's Exhibit 1 is admitted.

Defense counsel does not present witness testimony but argues for Defendant's release on bond with conditions.
Government argues for Defendant's continued detention.

Court makes findings as stated on the record. If placement at an inpatient treatment facility is available to the Defendant, then the Court will sign bond paperwork and order Defendant's release with no hearing being necessary. If no placement is available for Defendant, the parties may request additional hearing on detention

**ORDER:**    Defendant is remanded to the custody of the United States Marshal.

Hearing Concluded.
**Court in recess: 11:50 a.m.**
Total Time: 1 Hour 18 Minutes