


# UNITED STATES DEPARTMENT OF THE INTERIOR
# BUREAU OF INDIAN AFFAIRS
# PHOTOGRAPH LOG
Picture 01



Officer: Jace Trujillo Date: 4/28/2021
**OFFICE OF JUSTICE SERVICES**

