IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal Case No.:   21-CR-00258-REB-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMARR LANG,
Defendant.

---

## ORDER FOR RELEASE FROM CUSTODY

---

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

Defendant is released from the custody of the U.S. Marshal's service and the La Plata County Detention Facility in this matter on Wednesday August 25, 2021 at 7:00 a.m. Defendant to be released to the custody of Ute Mountain Ute staff for transport to the Warrior Spirit in patient treatment program

DATED: August 23, 2021

BY THE COURT:

James M. Candelaria
United States Magistrate Judge

1