

To: Erika Ball, USPO, District of Colorado, Durango Office
Date: 11/05/2021

The clinical team at Warrior Spirit has decided to discharge Jamar Lang from residential treatment for breaking his behavioral contract that was issued to him on 10/14/2021. Since The last time we talked Jamar Lang missed two urinalysis screenings, and two group activities in the Week of 11/01/2021 and 11/05/2021. The first group that he missed was the early morning Intentions that are conducted by staff members at 8:00 am. The second group that he missed was on 11/05/2021 the early morning exercise group. In addition, Jamar also missed two urinalysis screenings on 11/03/2021 and 11/04/2021. It is Warrior Spirits Recovery Community's Policy that any missed urinalysis is counted as a positive test. It is important that all clients at the treatment center to comply with drug screening to ensure client safety, and compliance with the treatment rules. If you have any questions please call me at 385-499-1756.

Thank you
Jason Smith, CSW, CCTP, MRT
Clinical Mental Health Therapist
Certified Clinical Trauma Professional
Warrior Spirit Recovery Community