**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.:  21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMARR LANG,

      Defendant.

_____

**GOVERNMENT'S MOTION FOR REVOCATION OF
ORDER OF RELEASE**
_____

      This matter is before the Court pursuant to the Government's Motion for Revocation of Order of Release.  The Court has reviewed the Government's motion and the Court's file.  The Court finds there is good cause to grant the relief requested in the Government's Motion for Revocation of Order of Release.

      Therefore, IT IS ORDERED that Defendant's pre-trial release is hereby revoked.  The issue regarding the forfeiture of the unsecured $5,000 bond shall be held in abeyance at this time.  A warrant shall issue for the arrest of Defendant, Jamarr Lang.

      IT IS SO ORDERED this ___ day of November 2021.

BY THE COURT