**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.:  21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMARR LANG,

      Defendant.

---

**GOVERNMENT'S AMENDED MOTION FOR REVOCATION OF
ORDER OF RELEASE**

---

The United States, by and through R. Josh Player, Assistant United States Attorney, moves this Court pursuant to 18 U.S.C. § 3148 to issue a warrant and set a hearing on the issue of Defendant's order of release [ECF ## 10, 17, 19] and hold the issue of judgment of forfeiture of Defendant's appearance bond in abeyance until sentencing [ECF #18].  As grounds, the Government states:

1.    On August 9, 2021, a Federal Grand Jury Indicted Defendant on one count of Assault Against a Federal Officer Using a Dangerous Weapon and Causing Bodily Injury in violation of 18 U.S.C. §§ 111(a)(1) and (b); and one count of Assault Against a Federal Officer with Physical Contact in violation of 18 U.S.C. §§ 111(a)(1).  [ECF #1]

2.    On August 16, 2021, a detention hearing was held before the Court, Magistrate Judge Candelaria presiding.  [ECF #10] Magistrate Judge Candelaria ordered

Defendant released from custody on a $5,000 unsecured bond with specific conditions of release, including "If a placement at an inpatient treatment facility is available to the Defendant, then the Court will sign bond paperwork and order Defendant's release with no hearing being necessary."  [ECF #10, p.2]

3.      On August 23, 2021 the Court entered its Order Setting Conditions of Release. [ECF #19].  Pursuant to page 2, Additional Conditions of Release, condition (7)(c) required Defendant to "continue or start an education program."  More specifically, on page 3, condition (u) required "Defendant shall enter the Warrior Spirit in-patient treatment program and successfully complete that program."  [ECF #19]

4.      The Government has been notified by United States Probation Officer Erika Ball that Defendant has been unsuccessfully discharged from the Warrior Spirit in-patient treatment program.   Officer Ball received a letter from Warrior Spirit, authored by Jason Smith, CSW, CCTP, MRT notifying her of Defendant's discharge on November 5, 2021.  The letter from Mr. Smith explained that Defendant had broken his behavioral contract by missing multiple urinalysis screenings as well as group activities.  See Attachment, Letter from Warrior Spirit.

5.      The Warrior Spirit in-patient treatment program is operated out of a facility in Tooele, Utah.  United States Probation Officer Erika Ball has advised that Defendant is currently in Ignacio, Colorado.

6.      The Government respectfully requests that the Court, pursuant to 18 U.S.C. § 3148, issue a warrant for Defendant.  Further, the Government requests that the Court hold in abeyance the issue of judgment of forfeiture of the defendant's

appearance bond in the amount of $5,000 and that a hearing on Defendant's release

be scheduled in this matter.


       Dated this 18th day of November 2021.


                     Matthew T. Kirsch
                     Acting United States Attorney

                     By:  *s/ R. Josh Player*
                     R. Josh Player
                     Assistant United States Attorneys
                     835 E 2nd Avenue, Suite 410
                     Durango, Colorado 81301
                     Telephone: (970) 247-1514
                     Email: riley.player@usdoj.gov
                     Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.


Laura Suelau
Laura_suelau@fd.org


By:   s/ Amy Connor
Amy Connor
Paralegal Specialist
United States Attorney's Office
835 E 2nd Avenue, Suite 410
Durango, Colorado 81301
Telephone: (970) 247-1514
Email: amy.connor@usdoj.gov