IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal Case No. 21-CR-00258-REB-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAMARR LANG,
Defendant.

## ORDER DENYING ECF DOC 25

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

Government's Motion For Revocation Of Order Of Release [Doc 25] is DENIED. Motion incorrectly states that the Defendant was indicted under U.S.C. §§ 841(a) and (b) and U.S.C. §§ 841(a).   Leave to file an amended motion is Granted.

**DATED: November 18, 2021**

BY THE COURT:

/s/ James M. Candelaria
James M. Candelaria
United States Magistrate Judge