IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:    21-cr-00258-JMC-REB

UNITED STATES OF AMERICA,
    Plaintiff

    v.

JAMARR LANG,
    Defendant.

---

### NOTICE OF APPEARANCE AS CO-COUNSEL

---

    **COMES NOW,** WADE M. WHIDDEN, ESQ., and enters this notice of appearance as court appointed co-counsel Court for the Defendant, JAMARR LANG.

    Respectfully submitted this 20th day of November, 2021.

    /s/ *Wade M. Whidden*
    _____
    Wade M. Whidden, Esquire
    Whidden Johnson P.L.
    PO Box 1003
    Durango, CO 81302
    Phone: (970) 712-5850
    Fax: (813) 659-5269
    Colorado Bar No.  46866
    Florida Bar No.  0120707
    wade@whiddenjohnson.com

## CERTIFICATE OF ELECTRONIC FILING / SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed electronically via the District Court of Colorado's CM/ECF filing system with no restrictions on electronic service to the designated parties on this this 20th day of November, 2021.

/s/ **Wade M. Whidden**

_____

Wade M. Whidden, Esquire
Whidden Johnson P.L.
PO Box 1003
Durango, CO 81302
Phone: (970) 712-5850
Fax: (813) 659-5269
Colorado Bar No. 46866
Florida Bar No. 0120707
wade@whiddenjohnson.com