AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) Case No. 21-CR-00258-REB-JMC |
| JAMARR LANG | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jamarr Lang

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Defendant has failed to comply with conditions of bond.

Date: Nov. 18, 2021

*Issuing officer's signature*

City and state: Durango, Colorado

James M. Candelaria, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-18-21, and the person was arrested on *(date)* 11/19/2021
at *(city and state)* Durango Colorado LPC.

Date: 11/22/2021

*Arresting officer's signature*

Mick Bunn  DUSM
*Printed name and title*