# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge James M. Candelaria

| | |
|---|---|
| Date: November 22, 2021 | Probation/Pretrial: Erika Ball |
| Secretarial Assistant: Patricia I. Berg | Interpreter: |
| FTR | |

Criminal Case No.: 21-CR-00258-REB-JMC

UNITED STATES OF AMERICA,

                Josh Player, AUSA

    Plaintiff,

v.

1. JAMARR LANG,        Counsel: Wade Whidden
Defendant.

## COURTROOM MINUTES – INITIAL APPEARANCE RE GOVERNMENT'S AMENDED MOTION TO REVOKE ORDER OF PRE TRIAL RELEASE [DOC 27]

**Court in Session: 12:19 p.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel.
Defendant advised of allegations of motion to revoke order of pretrial release.
Government seeks detention.

**ORDERED:**
- Detention Hearing is scheduled for November 23, 2021 at 1:00 p.m.
- Defendant is remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: .12:28 pm.**
Time: 10 Minutes