IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

| Date: November 23, 2021 | Probation/Pretrial: Erika Ball |
|---|---|
| Secretarial Assistant: Patricia I. Berg<br>FTR | Interpreter: |

Criminal Case No.: 21-CR-00258-REB-JMC

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Josh Player, AUSA |
| v. | |
| 1. JAMARR LANG,<br>Defendant. | Counsel: Wade Whidden |

## COURTROOM MINUTES – DETENTION HEARING

Court in Session: 12:58 p.m.

Court calls case and appearances entered.
Defendant present in custody with Counsel.

Government presents sworn witness testimony with cross examination by defense counsel.
Government moves to admit Government's Exhibits 1, 2 and 3 no objection by defense counsel.
Government's Exhibits 1, 2, and 3 are admitted.

Defense Counsel presents sworn witness testimony with cross examination by the Government.
Defense argues for Defendant's release on bond with conditions.

**ORDERED:**

- Court finds that Defendant has violated the conditions of bond and that there is clear and convincing evidence that the Defendant is a danger to the community and should be detained pending trial for the reasons set forth on the record.

1

**ORDERED:**
- Defendant's bond is revoked.
- Matter remains as previously set for telephonic status conference on 2/8/2022 at 1:00 p.m. before Judge Robert E. Blackburn.
- Defendant remanded to custody of U. S. Marshal

Hearing Concluded
**Court in Recess: 2:12 p.m.**
Time: 1 Hour 14 Minutes