

# Written Warning I

September 16th, 2021

Mr. Jamarr Lang

This correspondence is to inform you that you have violated the rules and regulations of Warrior Spirit Recovery Center (WSRC). You have missed two individual sessions with your therapist on both 09/09/2021 and 09/16/2021. You are required to meet with your assigned therapist once a week to process your mental health wellbeing. As it follows upon entering the Warrior Spirit Recovery program you received and agreed to following rules and regulations in the client handbook. The conditions of the written warnings as follows:

1. Follow all the rules and regulations in the handbook including the rules pertaining to the 30 day blackout period.
2. Please meet you therapist every thursday at 1:00 pm as assigned
3. When you are in a group therapy setting please remove your hat and sunglasses
4. If you miss two more individual sessions you will be discharged from the program.

Consequences are as follows:

If any further violations of the rules and regulations occur, you will be written up which could lead to being discharged from this program, if this behavior doesn't change. In the event of an administrative discharge, you would be provided with appropriate resource referrals. Please let your therapist know if you're not going to make your session. Any more violations in the client handbook will result in a referral to another treatment program. In addition to your probation officer will be notified of your discharge from Warrior Spirit.

We believe that you possess the ability to make the necessary adjustments to succeed in the program. The staff looks forward to providing you with the best treatment possible and supporting you in your recovery goals. If you have any questions you are welcome to contact me at your convenience.

Respectfully,

Jason Smith, CSW, MRT - Clinical Therapist

David Allen, DMFT, LMFT - Clinical Director

