

## Behavioral Contract

Date: 10/14/2021

Name: Jamarr Lang

It has come to the attention of your treatment team that you were trying purchase energy drinks at the Maverick Store which is a banned contraband substance. In addition, you were instructed to place the Energy drinks back to its original shelf, but instead you were in the men's bathroom and consumed the energy drink after staff instructed you not to do so. As a result of the latest incident, a behavioral contract has been created to help get back on track and avoid further distractions.

To achieve the maximum benefit of treatment for yourself and the other program participants, you are expected to follow ALL of the rules and regulations found in the client handbook. When you don't follow these expectations, it communicates to the program and its other participants that you are not ready to fully commit to your sobriety and may not fully understand the potential impact of your actions on others' well-being and sobriety. If this continues, it will result in your being referred to a different treatment program that better fits your needs.

The specific issue(s) being addressed in this contract are found in the client handbook. These are the Behaviors that are needing to be addressed and reframed from being committed.

Please follow all staff instructions that include the rules and regulations found in the client handbook. Refrain from purchasing energy drinks from the Maverick gas station bringing all banned contra band Items inside the treatment center.

Your treatment team has determined the following actions and assignments to help you make amends for these actions:

We believe that you possess the ability to make the necessary adjustments to succeed in the program. The staff looks forward to providing you with the best treatment possible and supporting you in your recovery goals. If you have any questions you are welcome to contact me at your convenience.

Name: Jamarr Lang

Therapist, Jason Smith, CSW, MRT

Warrior Spirit Recovery                                                                                                   I I
have received a copy and agree to the terms of this behavioral contract.

_____
(client name, signature)

