IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:             February 8, 2022
Deputy Clerk:     Leigh Roberson
Court Reporter:   Kevin Carlin

| Criminal Case No. 21-cr-258-REB-JMC | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Josh Player |
| Plaintiff, | |
| v. | |
| JAMARR LANG, | Laura Suelau |
| Defendant. | |

## COURTROOM MINUTES

**Telephonic Status Conference**

**1:01 p.m.      Court in session.**

Counsel respond to the Court's inquiries as to the status of the case.

Defense counsel intends to file a further motion for exclusion of time.

**1:07 p.m.      Court in recess.      Hearing concluded.**
Total time in court: 0:06