**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

| | |
|---|---|
| Date: | April 4, 2022 |
| Deputy Clerk: | Leigh Roberson |
| Court Reporter: | Kevin Carlin |

| | |
|---|---|
| Criminal Case No. 21-cr-258-REB-JMC | Counsel: |
| UNITED STATES OF AMERICA, | R. Josh Player |
|     Plaintiff, | |
| v. | |
| JAMARR LANG, | Laura Suelau |
|     Defendant. | |

**COURTROOM MINUTES**

**Telephonic Status Conference**

**1:03 p.m.**     **Court in session.**

Counsel respond to the Court's inquiries as to the status of the case.

Notice of disposition or further motion for ends of justice continuance is due on or before April 21, 2022.

**1:07 p.m.**     **Court in recess.**     Hearing concluded.

Total time in court: 0:04