IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00258-REB-JMC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**JAMARR LANG,**

        **Defendant.**

_____

**MOTION FOR LEAVE TO FILE MOTION TO EXCLUDE TIME**
_____

    Jamarr Lang, through Assistant Federal Public Defender Laura H. Suelau, respectfully moves this Court for an Order granting leave to file the contemporaneously-file Motion to Exclude Sixty Days from the Speedy Trial Act.

    This Court Ordered Mr. Lang to file a Notice of Disposition or Ends of Justice Continuance on or before April 21, 2022. Doc. 41. Consistent with that Order, counsel conferred with Mr. Lang and Assistant United States Attorney R. Josh Player and determined that the exclusion of an additional 60 days is necessary. Thereafter, counsel inadvertently failed to submit a filing with the Court requesting the same.

    Counsel now moves for leave to file an Ends of Justice Motion after the deadline April 21, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

R. Josh Player, Assistant United States Attorney
riley.player@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Jamarr Lang (U.S. Mail)

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant