

June 9, 2022

Jamarr Lang, has been accepted into Warrior Spirit Recovery. Our treatment team will provide transportation for Jamarr on his day of release.

Dr. David  D. Allred, DMFT, LMFT
**Clinical Director of Warrior Spirit**
1929 N Aaron Dr. Suite I Tooele,
Utah 84074-8112
Phone: (435) 850-1823
Fax: (435) 850-1909