IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal No. 21-CR-00258-REB-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMARR LANG,
Defendant.

## MINUTE ORDER SETTING DOC 49 FOR HEARING

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

Motion To Reopen Detention Hearing And To Release Mr. Lang Pursuant To Title 18 U.S.C. Section 3142(f)(2)(B) [ECF/Doc 49] is set for hearing on June 28, 2022 at 12:45 p.m. before the Magistrate Judge for the U.S. District Court, 1060 E. 2nd Ave., Rm 150, Durango, Colorado 81301.

**DATED: June 21, 2022**

BY THE COURT:

s/James M. Candelaria
United States Magistrate Judge