IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMARR LANG,

    Defendant.

_____

**UNITED STATES' RESPONSE TO MOTION TO REOPEN DETENTION HEARING AND TO RELEASE MR. LANG [ECF 49]**
_____

The United States of America ("the Government"), by and through Cole Finegan, United States Attorney, and R. Josh Player, Assistant United States Attorney for the District of Colorado, respectfully files United States' Response to Motion to Reopen Detention Hearing and to Release Mr. Lang [ECF 49].

**RESPONSE**

Defendant sets forth in his Motion to Reopen Detention Hearing and to Release Mr. Lang new information regarding his progress in treatment at the LaPlata County Detention Facility and information regarding the current resources at Warrior Spirit Treatment Facility.  He relies upon this information to seek his release from custody.

1

The Government's position is that placement back in the Warrior Spirit Program does not reasonably assure the Defendant's appearance as required at court, even considering this new information.  The Defendant was already placed at the Warrior Spirit Treatment Facility and failed to comply with simple conditions such as attendance at group activities.  After returning to the District of Colorado, he did not immediately surrender to law enforcement but waited several weeks before self-surrendering.

Accordingly, the Government opposes Defendant's release as no conditions can be imposed to reasonably assure Defendant's appearance.  18 U.S.C. § 3142(e)(1).

Respectfully submitted this 22nd day of June 2022.

COLE FINEGAN
United States Attorney

By: /s/ R. Josh Player
Assistant United States Attorney
835 East 2nd Ave, Suite 410
Durango, Colorado 81301
Telephone: (970) 247-1514
Email: Riley.Player@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 22nd day of June 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Laura Suelau

                *s/Amy Connor*
                Amy Connor
                Paralegal Specialist
                U.S. Attorney's Office
                835 East 2nd Ave, Suite 410
                Durango, Colorado 81301
                (970) 247-1514 phone
                (970) 247-8619 fax
                Amy.connor@usdoj.gov