# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge James M. Candelaria

| | |
|---|---|
| Date: June 28, 2022 | Probation/Pretrial: Erika Ball |
| Secretarial Assistant: Patricia I. Berg | Interpreter: |
| FTR | |

**Criminal Case No.:** 21-CR-00258-REB-JMC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Josh Player, AUSA |
| Plaintiff, | |
| v. | |
| 1. JAMARR LANG, | Counsel: Laura Suelau |
| Defendant. | |

## COURTROOM MINUTES – HEARING REGARDING MOTION TO REOPEN DETENTION HEARING [DOC 49]

**Court in Session: 12:52 p.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel.

Defense counsel argues for Defendant's release on bond with conditions and asks that Defendant's Exhibits A-E be admitted as evidence.
No objection by the Government to exhibits.
Defendant's Exhibits A-E are admitted.

Government argues for Defendant's continued detention.

Court expresses concern for Defendant's release on bond with return to the Warrior Spirit program for reasons as stated on the record.

**ORDERED:**
- Defendant is to be screened for placement at Hilltop House community corrections, Durango, Colorado and/or the halfway house in Grand Junction, Colorado. Defendant remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 1:20 p.m.**
Time: 28 Minutes