

June 9, 2022

Jamarr Lang, has been accepted into Warrior Spirit Recovery. Our treatment team will provide transportation for Jamarr on his day of release.

Dr. David D. Allred, DMFT, LMFT

Clinical Director of Warrior Spirit

1929 N Aaron Dr. Suite I Tooele,
Utah 84074-8112
Phone: (435) 850-1823
Fax: (435) 850-1909



DEFENDANT'S
EXHIBIT
A
PENGAD 800-631-6989



Tommy Montoya
JBHS Case Manager
Axis Health System
Jail Based Health Services Program
tmontoya@axishealthsystem.org

To Whom It May Concern,

This letter is to inform you about Jamarr Lang and his progress in our program in La Plata County Jail. Jamarr enrolled into Jail Based Behavioral Health Services (JBBHS) on 12/01/2021. JBBHS utilizes evidence-based programs for group therapy. Jamarr attends group weekly and is provided Seeking Safety, SSIC, Matrix RP. **Jamarr has made significant progress towards treatment goals, increased self-awareness, and communication skills, practiced coping and distress skills, and improved taking accountability for his choices.** Jamarr would benefit from additional SUD treatment both on a group and individual level if given this opportunity to enter Warrior Spirit treatment facility. If there are any questions, feel free to contact me.

**Thank you,**

**Tommy Montoya CAT/AA**
*JBHS Community Resource Specialist, La Plata County*



La Plata County Jail, 742 Turner Drive, Durango, CO 81303
970.903.5273 Mobile



AXIS CARE · We're here for you
HOTLINE · 970.247.5245



DEFENDANT'S
EXHIBIT
B

Columbine Behavioral Healthcare   |   281 Sawyer Drive, Suite 100, Durango, CO 81301   |   T 970.259.2162   |   F 970.247.5255

AXIShealthsystem.org   |   DOVE CREEK   |   CORTEZ   |   DURANGO   |   PAGOSA SPRINGS

# Laura Suelau

**From:** Erika Ball <Erika_Ball@cod.uscourts.gov>
**Sent:** Monday, November 1, 2021 1:57 PM
**To:** Laura Suelau; Riley Player
**Subject:** Lang

Hi Laura and Josh,

I unexpectedly spoke with Mr. Lang just now (he called w/o me knowing he was going to). Anyhow, we talked for about 30 minutes & his therapist, Jason Smith, was also present. It sounds like the lack on progress maybe due to Mr. Lang struggling to read and write well which as resulted in him just not doing the work he has been assigned – he was embarrassed to tell anyone what was going on. I reminded him we are all there to help him and we only know what he tells us... I have full faith that Mr. Smith will come up with ways to alleviate this concern. I also reminded him I am not here to judge him in anyway, to only help and he can always call me.

I also told Mr. Lang I do not care how dumb he may think a rule is... he is to follow all the rules of the facility. Period.

Finally, I encouraged Mr. Lang to do the hard work – he was proud to tell me he has 5 months sobriety and he wants to keep that once he leaves there.

Erika

**Erika Ball**
USPO, District of Colorado
Durango Office
970-385-9564 ext 7401
970-385-1934 - Fax

1



# Laura Suelau

| | |
|---|---|
| **From:** | Player, Riley (USACO) <Riley.Player@usdoj.gov> |
| **Sent:** | Wednesday, November 17, 2021 5:27 PM |
| **To:** | Laura Suelau |
| **Cc:** | erika_ball@cod.uscourts.gov |
| **Subject:** | RE: J. Lang |

I believe I understand your position.

Here are my concerns:

I did not think conditions of release could be ordered that would adequately protect the public at the time of the detention hearing.

Jamarr Lang's failure to follow the simple rules of his pretrial release and the Warrior Spirit Program do not increase my confidence in that regard.

The pretrial services recommendation that came in after the detention hearing – after the probation officer in Denver found Jamarr Lang's tribal criminal history – was for detention.

Now Jamarr Lang is back in the community having violated his pre-trial conditions and in a less-structured setting.

Additionally, my understanding of the Court's order of release was that Jamarr Lang could only be released to complete that program. He is not in that program.

I appreciate the conditions you have proposed, but they are not adequate in my view to protect the public.

I am going to file a motion to revoke his pre-trial release. I will request a hearing as part of that motion. I am not opposed to setting the hearing when you are already here or earlier if you can make it work out and I am available.

If you have any new or different proposals, I will listen to those.

I am going to request a warrant. If you would like, I will assist you in setting up a surrender.

Thank you,

Josh

**From:** Laura Suelau <Laura_Suelau@fd.org>
**Sent:** Wednesday, November 17, 2021 5:03 PM
**To:** Player, Riley (USACO) <RPlayer@usa.doj.gov>; Erika Ball <Erika_Ball@cod.uscourts.gov>
**Subject:** [EXTERNAL] RE: J. Lang

Josh – I just got your voicemail, but I hope my suggestion below might actually answer your concerns?

Here's my proposal: I'll be in town 12/6 and 12/7 for another matter. How about we set a status conference to review conditions of release for one of those days? In the meantime, Erika and I will communicate to Jamarr that he needs to attend weekly 1:1 counseling, 1 in-person 12 step meeting, and 1 remote 12 step meeting weekly. I believe Erika said

1

DEFENDANT'S EXHIBIT

PENGAD 800-631-6989

she can get him screened for Hilltop House 12/1 (correct me if I'm wrong). That way we can have all the necessary information to proceed with any modification. Of course, if he violates another condition between now and then, we'll be in a different position.

If nothing else, is it possible for us to wait until after the Thanksgiving holiday? Not only because I'd like for Mr. Lang to be able to spend the holiday with his family, but also I'm out of the country 11/20 – 11/27.

Let me know your thoughts. Thank you,

Laura

Laura H. Suelau
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
(303) 294-7002

**From:** Laura Suelau
**Sent:** Wednesday, November 17, 2021 3:28 PM
**To:** 'Player, Riley (USACO)' <Riley.Player@usdoj.gov>; Erika Ball <Erika_Ball@cod.uscourts.gov>
**Subject:** RE: J. Lang

Josh – I'm sorry if you called and I missed you, I've been on duty. As I told Mr. Lang and his mother, there are extensive online AA meetings (literally all hours of the day). Jamarr and Marettas are going to be looking into those. There are also in-person meetings in Durango that they could attend 1x/week in addition to the 1:1 counseling and the online meetings. With those three things (online meetings, in person meetings, and 1:1 counseling), I think it's a good starting point for us to explore a long-term plan.

After we spoke, I looked into 18 USC 3148 and I understand it as saying that an attorney for the government "may" initiate a revocation, but that it's not required and there is no presumption of detention with the revocation if there was no violation of law.

I'm open to other thoughts and suggestions, but really think Mr. Lang can succeed out-of-custody and should be commended for maintaining sobriety thus far.

Thanks,

Laura

Laura H. Suelau
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
(303) 294-7002

**From:** Player, Riley (USACO) <Riley.Player@usdoj.gov>
**Sent:** Tuesday, November 16, 2021 2:15 PM
**To:** Erika Ball <Erika_Ball@cod.uscourts.gov>; Laura Suelau <Laura_Suelau@fd.org>
**Subject:** RE: J. Lang

2

I will give you both a call in tomorrow morning to see if any additional options are discovered.  I am intending to file something on the matter tomorrow after speaking with each of you.

Thanks,

Josh

**From:** Erika Ball <Erika_Ball@cod.uscourts.gov>
**Sent:** Tuesday, November 16, 2021 12:29 PM
**To:** Player, Riley (USACO) <RPlayer@usa.doj.gov>; Laura Suelau <Laura_Suelau@fd.org>
**Subject:** J. Lang

Josh and Laura,
As I expected the only service Peaceful Spirit can provide Lang in outpatient support is the 1:1.

I have a call into IHS as I hear they maybe able to offer a group service that could possible work and apparently there is no reliable 12 Step/AA groups in Ignacio at this time.

I will keep you posted
Erika



**Erika Ball**
USPO, District of Colorado
Durango Office
970-385-9564 ext 7401
970-385-1934 - Fax

## Laura Suelau

| | |
|---|---|
| **From:** | Player, Riley (USACO) <Riley.Player@usdoj.gov> |
| **Sent:** | Friday, November 19, 2021 8:17 AM |
| **To:** | Laura Suelau; Erika Ball |
| **Subject:** | RE: Activity in Case 1:21-cr-00258-REB-JMC USA v. Lang Warrant Issued |

Thank you

**From:** Laura Suelau <Laura_Suelau@fd.org>
**Sent:** Thursday, November 18, 2021 6:16 PM
**To:** Player, Riley (USACO) <RPlayer@usa.doj.gov>; Erika Ball <Erika_Ball@cod.uscourts.gov>
**Subject:** [EXTERNAL] Re: Activity in Case 1:21-cr-00258-REB-JMC USA v. Lang Warrant Issued

Got it. His family has arranged to bring his tomorrow morning.

FYI - Wade Whidden is going to cover this hearing next week. Please be sure to keep him in the loop.

Thanks,

Laura

Get Outlook for iOS

---

**From:** Player, Riley (USACO) <Riley.Player@usdoj.gov>
**Sent:** Thursday, November 18, 2021 4:38:31 PM
**To:** Laura Suelau <Laura_Suelau@fd.org>; Erika Ball <Erika_Ball@cod.uscourts.gov>
**Subject:** RE: Activity in Case 1:21-cr-00258-REB-JMC USA v. Lang Warrant Issued

The Marshal's have advised that the LaPlata County Jail will be prepared to receive him directly.  So he should report there.

Thank you,

Josh

**From:** Laura Suelau <Laura_Suelau@fd.org>
**Sent:** Thursday, November 18, 2021 3:56 PM
**To:** Player, Riley (USACO) <RPlayer@usa.doj.gov>; Erika Ball <Erika_Ball@cod.uscourts.gov>
**Subject:** [EXTERNAL] FW: Activity in Case 1:21-cr-00258-REB-JMC USA v. Lang Warrant Issued

Josh – I just saw this was issued. Should I tell Mr. Lang report to the courthouse before noon tomorrow? Should I have him go to Erika's office?

Thanks,

Laura

Laura H. Suelau

1



Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
(303) 294-7002

**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Thursday, November 18, 2021 2:43 PM
**To:** COD_ENotice@cod.uscourts.gov
**Subject:** Activity in Case 1:21-cr-00258-REB-JMC USA v. Lang Warrant Issued

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court - District of Colorado**

**District of Colorado**

## Notice of Electronic Filing

The following transaction was entered on 11/18/2021 at 2:42 PM MST and filed on 11/18/2021
**Case Name:**      USA v. Lang
**Case Number:**      1:21-cr-00258-REB-JMC
**Filer:**
**Document Number:** 31

**Docket Text:**
## Arrest Warrant Issued in case as to Jamarr Lang. (lrobe)

**1:21-cr-00258-REB-JMC-1 Notice has been electronically mailed to:**

Laura Hayes Suelau     laura_suelau@fd.org, Misty_Robinson@fd.org, Veronica_Knights@fd.org, co.ecf@fd.org, sonja_beamon@fd.org

Riley Josh Player     Riley.Player@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, amy.connor@usdoj.gov, john.hess@usdoj.gov, loana.martin@usdoj.gov, richard.lawson@usdoj.gov

**1:21-cr-00258-REB-JMC-1 Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=11/18/2021] [FileNumber=8382241-

0] [66693b2c868dfc6ea90d3862d39654266a735726729d1d618a3157164df3d59441
aedfe35c9590b13f12fe47623d93814dace8bf7091bd3f52cb779907fba24c]]