IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAMARR LANG**,

    Defendant.
_____

**AMENDED MOTION TO REOPEN DETENTION HEARING AND TO RELEASE MR. LANG PURSUANT TO TITLE 18 U.S.C. SECTION 3142(f)(2)(B)**
_____

Mr. Jamarr Lang, through his attorney, Laura H. Suelau, moves the Court to reopen the detention hearing in this matter and release him on conditions on bond. Mr. Lang respectfully requests this Court reopen the detention hearing in this matter pursuant to Title 18 United States Code Section 3142(f)(2)(B). He further requests this Court find there are conditions that will assure both Mr. Lang's appearance in court and the safety of the community, including the condition that he reside at Hilltop House in Durango, Colorado. The government opposes Mr. Lang's release.

Mr. Lang previously moved to reopen his detention hearing and asked this court to release him to Warrior Spirit. Doc. 49. This Court granted the motion to reopen the detention hearing and held a hearing concerning whether there were conditions that might assure Mr. Lang's appearance and the safety of the community. At that hearing, this Court recognized Mr. Lang's progress since his prior order of detention, acknowledged that there may be conditions that would assure Mr. Lang's appearance in court and the safety

of the community, but expressed concerns about the efficacy of the Warrior Spirit Program. Doc. 54. The Court therefore ordered Mr. Lang be screened for placement at Hilltop House. On July 6, 2022, Mr. Lang was screened and accepted for placement at Hilltop House with the conditions that he both obtain employment and comply with other conditions imposed by this Court. Exhibit F.[1] On July 14, 2022, Hilltop House notified counsel, through U.S. Probation Officer Erika Ball, that they can accept Mr. Lang and provide him transport from La Plata County Jail on Tuesday, July 19, 2022.

Hilltop House is a residential facility in Durango with the mission of "creating responsible pro-social leaders and safer communities."[2] Consistent with that mission, Hilltop House promotes "safe and healthy lifestyles for those in the criminal justice system progressing to become productive citizens." Placement in Hilltop House will allow Mr. Lang to continue to participate in treatment for his alcoholism, continue to pursue his GED, and learn tools for leading a productive lifestyle in a pro-social environment.

For those reasons, and the reasons articulated in his Motion to Reopen (Doc. 49) and at the detention hearing, this Court can and should reopen the detention hearing pursuant to Title 18 U.S.C. Section 3142(f)(2)(B), and release Mr. Lang subject to conditions of bond. Mr. Lang requests that a hearing on this matter be set on or before July 19, 2022. Counsel respectfully requests to appear via VTC as she is unable to travel from Denver to Durango on or before July 19.

---

[1] Exhibits A-E related to Mr. Lang's proposed release were admitted by this court a hearing on June 28, 2022.
[2] Hilltop House Community Corrections, https://swcccc.org/#about-us-title (accessed June 9, 2022).

Finally, Mr. Lang continues to request this Court toll the Speedy Trial Clock pending the resolution of the instant Motion.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Laura_Suelau@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2022, I electronically filed the foregoing **AMENDED MOTION TO REOPEN DETENTION HEARING AND TO RELEASE MR. LANG PURSUANT TO TITLE 18 U.S.C. SECTION 3142(f)(2)(B)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Josh Player, Assistant United States Attorney
    Email: riley.player@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Jamarr Lang (Via U.S. Mail)

                              s/ Laura H. Suelau
                              LAURA H. SUELAU
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Laura_Suelau@fd.org
                              Attorney for Defendant