Case No. 21-cr-00258-REB-JMC

*United States of America v. Lang*

# Exhibit F



**1050 Avenida Del Sol Durango, Colorado 81301**
(970) 382-8406

Date:   July 6, 2022

To:   Erika Ball
        USPO, District of Colorado
        Durango Office

From:   Desiree J. Lipe, CCB Administrative Coordinator

Re:   Lang, Jamarr

Mr. Jamarr Lang was referred to the Durango La Plata Community Corrections Board (CCB) on June 28, 2022 to be considered for placement at Hilltop House.  On July 6, 2022, the CCB reviewed the referral.

Following this evaluation, Mr. Lang is **eligible** for placement at Hilltop House.

Placement Conditions are:

- Work
- Bond Conditions


Thank you.
   */s/ Desiree J. Lipe*

Cc: File