**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria**

Criminal Case No. 21-CR-00258-REB-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAMARR LANG

Defendant.

## ORDER SETTING HEARING ON Doc 55

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

 Amended Motion To Reopen Detention Hearing And To Release Mr. Lang Pursuant To Title 18 U.S.C. Section 3142(f)(2)(B) [ECF/Doc 55] is GRANTED in part and taken under advisement in part. This matter is set for hearing July 19, 2022 at 12:30 p.m. before the Magistrate Judge for the U.S. District Court, 1060 East 2nd Ave., Room 150, Durango, Colorado.

 Defense Counsel may appear by video for this hearing.

**DATED: July 15, 2022**

           **BY THE COURT:**

           **/s/ James M. Candelaria**
           **James M. Candelaria
           United States Magistrate Judge**