# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge James M. Candelaria

| | |
|---|---|
| Date:  July 19, 2022 | Probation/Pretrial: Erika Ball |
| Secretarial Assistant: Patricia I. Berg  FTR | Interpreter: |

**Criminal Case No.:   21-CR-00258-REB-JMC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Jeffrey Graves, AUSA |
| Plaintiff, | |
| v. | |
| **1. JAMARR LANG,** | Counsel: Laura Suelau by VTC |
| **Defendant.** | |

## COURTROOM MINUTES –MOTION TO REOPEN DETENTION [Doc 55]

**Court in Session: 12:25 p.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel who appears by video.

Defense counsel asks for Defendant's release on bond with conditions including the condition of admission to Hilltop House Community Corrections, Durango, Colorado.

The Government asks for continued detention however if Defendant is released to Hilltop House, that he abide by all conditions and requirements of Hilltop House and comply with all additional conditions of release the Court may impose.

Defense counsel reiterates the request for speedy trial to be tolled.
No objection by the Government.

**ORDERED:**
- Amended Motion to Reopen Detention Hearing and Release Defendant [Doc 55] is GRANTED.
- Defense counsel is directed to file a motion to exclude 60 days from the speedy trial clock as of today's date.
- Defendant is granted a $10,000 unsecured bond with conditions as stated on the record.
- Defendant released from the custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 12:45 p.m.**
Time: 20 Minutes