**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria**

**Criminal Case No.: 21-CR-00258-REB-JMC
UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JAMARR LANG,
Defendant.**

---

## ORDER FOR RELEASE FROM CUSTODY

---

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

Defendant to be released from the custody of the U.S. Marshal's service and the La Plata County Detention Facility in this matter.

**DATED: July 19, 2022**

BY THE COURT:

James M. Candelaria
United States Magistrate Judge

1