IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,                                Filed Under Restriction

       Plaintiff,

v.

1. Jamarr Lang,

       Defendant.

---

**GOVERNMENT'S MOTION TO SEAL GOVERNMENT'S MOTION FOR REVOCATION AND WARRANT PURSUANT TO 18 U.S.C. § 3148(b)**

---

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, and through R. Josh Player, Assistant United States Attorney, moves to seal the Government's Motion for Revocation and Warrant Pursuant to 18 U.S.C. § 3148(b). In support of this Motion, the government states as follows:

1.      Defendant Jamarr Lang has violated multiple conditions of his pretrial release, including using prohibited substances and violating the rules of Hilltop House, a halfway house / community corrections center. See Government's Motion for Revocation and Warrant Pursuant to 18 U.S.C. § 3148(b).

2.      Notification to a Defendant of the existence of a warrant may create real and significant problems for law enforcement seeking to execute the warrant. First, it may create an incentive for a Defendant to prepare to and resist law enforcement efforts to execute the warrant with violence. It is exceptionally rare that anyone, including a Defendant, would choose to be incarcerated. Second, it may create an incentive for a

Defendant to flee or avoid law enforcement so that a Defendant may remain out of custody. This not only wastes valuable law enforcement resources but thwarts the purpose of the criminal justice system of holding violators of the law accountable.

WHEREFORE, the Government respectfully moves this Court for an Order sealing the Government's Motion for Revocation and Warrant Pursuant to 18 U.S.C. § 3148(b).

Respectfully submitted this 27th day of October 2022.

> COLE FINEGAN
> UNITED STATES ATTORNEY
>
> *s/R.Josh Player*
> R.Josh Player
> Assistant United States Attorney
> 835 East 2nd Ave, Suite 410
> Durango, CO 81301
> Phone: 970-247-1514
> E-mail: riley.player@usdoj.gov
> Attorney for the Government

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,               Filed Under Restriction

       Plaintiff,
v.

1. Jamarr Lang,

       Defendant.

_____

**PROPOSED ORDER TO SEAL**
_____

THIS MATTER having come on before the Court pursuant to the government's Motion to Seal the Government's Motion for Revocation and Warrant Pursuant to 18 U.S.C. § 3148(b)., and the Court having reviewed said motion, finds sufficient grounds have been demonstrated, and

IT IS HEREBY ORDERED that the government's Motion to Seal is GRANTED.

DONE this _____ day of _____, 2022.

BY THE COURT:

_____
Robert E. Blackburn
United States District Judge