**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,                              *FILED UNDER SEAL*

      Plaintiff,

v.

JAMARR LANG,

      Defendant.

---

**GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE AND WARRANT
PURSUANT TO 18 U.S.C. § 3148(b)**

---

The United States of America, by and through United States Attorney, Cole Finegan and Assistant United States Attorney, R. Josh Player, for the District of Colorado, hereby moves under 18 U.S.C. § 3148(b) for revocation of Defendant Jamarr Lang's pre-trial release, and in support thereof offers the following:

**GROUNDS**

On July 19, 2022, this Court placed Defendant on pre-trial supervision. ECF 61. As pertinent here, the conditions of Defendant's release included that Defendant:

    (7)(j) maintain residence at a halfway house or community corrections center" . . .

    *and*,

    (7)(m) Except as authorized by court order, the defendant shall not use of unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use

1

or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). . ."

[ECF 61]

The Court has not approved the use of marijuana or any marijuana derivative (including THC) in this matter.

## FACTUAL BASIS

Vicki Kling, Useful Public Service Coordinator & Case Manager, Hilltop House, 1050 Avenida Del Sol, Durango, Colorado has provided U.S. Probation Officer Erika Ball, who in turn has provided the same to the Government, the following information establishing multiple violations of the conditions of release by Defendant.

1) On September 17, 2022, Defendant provided a UA sample which results were positive for THC.  When asked about the sample results, Defendant admitted to recently using THC near the 9th Street Bridge (Durango, Co).  See Condition (7)(m) of Order Setting Conditions of Release, ECF 61.

2) On October 6, 2022, Defendant provided a UA sample which results showed an elevated THC count.  When Defendant's case manager inquired about the elevated THC count on October 14, 2022, Defendant admitted to using a vape pen with THC. See Condition (7)(m) of Order Setting Conditions of Release, ECF 61.

3) Between October 10 and October 15, 2022, on an unauthorized cell phone, Defendant was communicating with another who offered to meet Defendant at

Manna Soup Kitchen with a joint (slang for marijuana).   See Condition (7)(m) of Order Setting Conditions of Release and condition (7)(j), ECF 61.

4) On October 21, 2022, $100 dollars were located in Defendant's Wallet in violation of the rules of Hilltop House, a halfway house / community corrections center.   See Condition (7)(j) of Order Setting Conditions of Release, ECF 61.

5) October 23, 2022, Defendant locked himself in the men's main bathroom at Hilltop House.   When staff unlocked the door and entered, Defendant was wearing ear buds and claimed to be listening to music on his cell phone.   A search of Defendant's room revealed an unauthorized cell phone in violation of the rules of Hilltop House.   See Condition (7)(j) of Order Setting Conditions of Release, ECF 61.

6) October 24, 2022, Hilltop House staff members were unable to locate Defendant between 8:40 p.m. and 10:01 p.m.    The screen had been removed from the window in Defendant's room and the window was unlocked.   Defendant claimed he had been outside on a bench on the property.   However, Defendant's mother reported that Defendant's grandmother had said that Defendant had left the Hilltop House property that evening, October 24, 2022.    Defendant's leaving Hilltop House under these circumstances is a violation of the rules of Hilltop House.   See Condition (7)(j) of Order Setting Conditions of Release, ECF 61.

## REQUEST

Based on the foregoing, the Government hereby requests a warrant issue for the arrest of Defendant based upon the violations of conditions of release and a revocation hearing be set, pursuant to the provisions of 18 U.S.C. § 3148(b).

Respectfully submitted this 26th day of November 2022.

                                          COLE FINEGAN
                                          UNITED STATES ATTORNEY

By:   *s/ R. Josh Player*
        R. Josh Player
        Assistant United States Attorney
        United States Attorney's Office
        835 East Second Avenue, Suite 410
        Durango, Colorado 81301
        Telephone: (970) 247-1514
        Email: riley.player@usdoj.gov
        Attorney for the Government