AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>JAMARR LANG<br><br>*Defendant* | Case No. 21-cr-00258-REB-JMC<br><br>**FILED UNDER SEAL** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMARR LANG

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition     ☑ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Release Conditions
18 U.S.C. § 3148(b)

Date:   10/28/2022

*Issuing officer's signature*

City and state:   Durango, Colorado

James M. Candelaria, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/28/22, and the person was arrested on *(date)* 10/28/2022
at *(city and state)* DURANGO, CO

Date: 10/31/2022

*Arresting officer's signature*

DUSM JOHN W. HESS    FOR D.P.D.
*Printed name and title*