# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge James M. Candelaria

| | |
|---|---|
| Date: October 31, 2022 | Probation/Pretrial: |
| Secretarial Assistant: Patricia I. Berg | Interpreter: |
| FTR | |

**Criminal Case No.:** 21-CR-00258-REB-JMC

**UNITED STATES OF AMERICA,**

                                      Josh Player, AUSA

      **Plaintiff,**

v.

**1. JAMARR LANG,**                 Counsel: Laura Suelau by VTC
**Defendant appearing by VTC from La Plata Co. Detention Facility.**

## COURTROOM MINUTES - INITIAL APPEARANCE ON GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE AND WARRANT PURUSANT TO 18 U.S.C. § 3148(b) [DOC 72]

**Court in Session: 1:14 p.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel who both appear by video.
Defense Counsel requests that the Government's motion be unsealed.
No objection by the Government

**Court Orders that the Government's Motion [ECF/Doc 72] be unsealed.**

Defendant advised of all allegations contains in the Government's motion.
Government seeks detention.

**ORDERED:**
- Revocation hearing scheduled for November 8, 2022 at 4:00 p.m.
- Defendant is remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 1:26 p.m.**
Time: 12 Minutes