# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

| | |
|---|---|
| **Date:** November 8, 2022 | **Probation/Pretrial:** Erika Ball |
| **Secretarial Assistant:** Patricia I. Berg  FTR | **Interpreter:** |

**Criminal Case No.:** 21-CR-00258-REB-JMC

**UNITED STATES OF AMERICA,**

                                  Josh Player, AUSA

        **Plaintiff,**

v.

**1. JAMARR LANG,**                   **Counsel:** Laura Suelau

        **Defendant.**

## COURTROOM MINUTES – BOND REVOCATION HEARING

**Court in Session: 3:58 p.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel.

Defense Counsel advised the Court that Defendant will not be contesting revocation of bond for reasons as stated on the record.

**ORDERED:**
- Government's Motion For Revocation of Release [Doc 72] is GRANTED for reasons stated on the record.
- Defendant's bond is revoked.
- Defendant remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 4:08 p.m.**
Time: 10 Minutes