IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:             January 10, 2023
Deputy Clerk:     Leigh Roberson
Court Reporter:   Sarah Mitchell

| Criminal Case No. 21-cr-258-REB-JMC | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | R. Josh Player |
| Plaintiff, | |
| v. | |
| JAMARR LANG, | Laura Suelau |
| Defendant. | |

## COURTROOM MINUTES

**Telephonic Status Conference**

**1:19 p.m.     Court in session.**

Counsel respond to the Court's inquiries as to the status of the case.

**1:21 p.m.     Court in recess.     Hearing concluded.**

Total time in court: 0:02