IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**JAMARR LANG,**

      Defendant.
_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

      Jamarr Lang, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. Mr. Lang requests a change of plea hearing for the court to consider the proposed plea agreement; he also requests this court vacate all other dates and deadlines.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/Laura Suelau
      LAURA SUELAU
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      laura.suelau@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      Riley J. Player, Assistant United States Attorney
      Riley.Player@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Jamarr Lang   (U.S. Mail)

      s/Laura Suelau
      LAURA SUELAU
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      laura.suelau@fd.org
      Attorney for Defendant