IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMARR LANG,

      Defendant.

## MINUTE ORDER[1]

A **Notice of Disposition** [#79],[2] was filed January 11, 2023. This order is entered to conditionally refer this matter for change of plea hearing.

**THEREFORE, IT IS ORDERED** as follows:

1. That this matter is referred to the Honorable James M. Candelaria, United States Magistrate Judge for the District of Colorado, for change of plea hearing; and

2. That counsel shall contact the chambers of Magistrate Judge Candelaria to schedule a change of plea hearing.

Dated: January 11, 2023

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#79]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). The court uses this convention throughout this order.