**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria**

Criminal No. 21-CR-00258-REB-JMC

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. JAMARR LANG,
Defendant.**

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

Hearing regarding Change of Plea in this matter is set January 24, 2023 at 1:15 p.m. before the Magistrate Judge for the U.S. District Court, 1060 E. 2nd Ave., Room 150, Durango, Colorado 81301.   All parties to appear in person for this hearing.

Consent of the Government and the Defendant has been filed [Doc 11].   Copies of the plea agreement and statement in advance of plea are to be emailed to the Court on or before January 20, 2023.

**DATED: January 13, 2023**

BY THE COURT:

_James M. Candelaria_
**James M. Candelaria
United States Magistrate Judge**

1