# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge James M. Candelaria

| | |
|---|---|
| Date: January 24, 2023 | Probation/Pretrial: |
| Secretarial Assistant: Patricia I. Berg FTR | Interpreter: |

**Criminal Case No.: 21-CR-00258-REB-JMC**

**UNITED STATES OF AMERICA,**

                                        Josh Player, AUSA

        Plaintiff,

v.

**1. JAMARR LANG,**                     Counsel: Laura Suelau
**Defendant.**

## CHANGE OF PLEA HEARING

**Court in session: 1:06 p.m.**

Defendant present in custody with counsel.

Defendant previously filed a Notice of Disposition.

Defendant previously filed Consent of the Government and the Defendant [Doc 11] to proceed before the Magistrate Judge for purposes of Change of Plea.

Defendant advised regarding Consent of Defendant.

A written Plea Agreement [Exhibit 1] and Statement by Defendant in Advance of Plea of Guilty [Exhibit 2] are filed with the Court.

Defendant sworn.

Defendant advised regarding:

1) The Plea Agreement;
2) The maximum and minimum penalties that may be imposed upon his entry of plea of Guilty to Count One of the Indictment;
3) The objectives and factors in 18 U.S.C. §3553(a).

The Court explains Defendant's right to a trial by jury and other constitutional rights and confirms that the Defendant desires to waive such rights.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (Exhibits 1 and 2) are received and admitted.

The Court makes the following findings:

- Defendant competent
- Understands the nature of the charge to which he is pleading Guilty
- Understands possible penalties
- Understands Constitutional rights he is giving up
- Plea of Guilty is voluntary
- Defendant satisfied with the representation of his counsel
- Defendant acknowledges and agrees with factual basis

and recommends the acceptance of the Defendant's plea of Guilty to Count One of the Indictment.

Pursuant to Fed. R. Crim. Proc. 59(b)(2), the parties may object to the Findings and Recommendation within fourteen (14) days.

**ORDER:** The Probation Department shall conduct a pre-sentence investigation and submit a Pre-Sentence Report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the pre-sentence investigation and shall cooperate fully with the Probation Department.

**ORDER:** Pursuant to Durango Protocol, the Sentencing Hearing is **tentatively** set to take place on April 10, 2023 at 9:00 a.m., 1060 East Second Avenue, Room 150, Durango, Colorado 81301 before Judge Robert Blackburn.

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the Sentencing Hearing.

Hearing Concluded.
**Court in recess: 1:40 p.m.**
Total Time: 34 Minutes