IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAMARR LANG,**

    Defendant.

_____

**UNOPPOSED MOTION TO RESET DEADLINE FOR
OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**
_____

Jamarr Lang, by and through undersigned counsel, respectfully requests this Court reset the deadline for Objections to the Presentence Investigation Report from March 16, 2023 to March 24, 2023. In support of this Motion, counsel states:

1. Counsel received the PSR on March 2, 2023. Objections are currently due on March 16, 2023.

2. Sentencing is tentatively set for April 10, 2023.

3. Mr. Lang has intellectual impairments and deficiencis with reading and comprehension that required counsel to meet with Mr. Lang and review the PSR in-person.

4. Counsel traveled to the Archuleta County Jail in Pagosa Springs from Denver, Colorado to review the PSR with Mr. Lang on March 9, 2023.

5. Counsel is on leave from March 13, 2023 to and including March 20, 2023. That leave was scheduled prior to receipt of the PSR.

6. Therefore, counsel requires additional time to prepare and file Objections to the Presentence Report.

7. Counsel for the government has no objection to the requested continuance. Undersigned counsel has notified probation officer Ryan Kinsella of her intent to seek the requested continuance.

8. For the forgoing reasons, counsel requests this Court reset the deadline for Objections to the PSR to March 24, 2023.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      Riley J. Player, Assistant United States Attorney
      Riley.Player@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Jamarr Lang   (U.S. Mail)

      s/Laura Suelau
      LAURA SUELAU
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      laura.suelau@fd.org
      Attorney for Defendant