IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

  Plaintiff,

v.

**JAMARR LANG,**

  Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE DEADLINE FOR
SENTENCING-RELATED MOTIONS**
_____

  Jamarr Lang, by and through undersigned counsel, respectfully seeks leave to extend the deadline to file sentencing-related Motions to on or before April 3, 2023. In support of this Motion, counsel states:

  1. Mr. Lang's sentencing is scheduled for April 13, 2023. D.C.COLO.LCrR 32.1 provides that Motions for Departure or Variance shall be filed no later than 14 days before sentencing.

  2. Counsel is presently awaiting the receipt of records related to Mr. Lang's participation in Axis Mental Health services at La Plata and Archuleta County Jails. Those records may contain information relevant to those things this Court must consider for when imposing a sentence pursuant to 18 U.S.C. § 3553(a). Counsel believes she will receive those records on or before April 3, 2023.

  3. The filing of sentencing related documents, including Motions for a Departure or Variance, are essential to ensuring Mr. Lang's Due Process rights at the critical sentencing stage of his case. *See Mempha v. Ray,* 389 U.S. 128 (1967).

4. Therefore, counsel seeks leave to file sentencing-related documents out of time, on or before April 3, 2023.

5. The government, through Assistant United States Attorney R. Josh Player, does not oppose the relief requested.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      Riley J. Player, Assistant United States Attorney
      Riley.Player@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Jamarr Lang (U.S. Mail)

      s/Laura Suelau
      LAURA SUELAU
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      laura.suelau@fd.org
      Attorney for Defendant