IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  21-cr-00258-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMARR LANG,

    Defendant.

_____

**MOTION TO DISMISS COUNT 2 OF THE INDICTMENT UPON SENTENCING**

_____

The United States of America, by United States Attorney Cole Finegan, through R. Josh Player, Assistant United States Attorney, respectfully moves the Court to dismiss Count 2 of the Indictment [ECF #1], at the Sentencing Hearing scheduled for April 13, 2023.  As grounds, the Government states:

On January 24, 2023, Defendant entered a guilty plea to Count 1 of the Indictment, Assault Against a Federal Officer Using a Dangerous Weapon and Causing Bodily Injury, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

Defendant's guilty plea was pursuant to a plea agreement with the Government. [ECF # 83].  The plea agreement contemplates and requires, among other terms, the Government move the Court to dismiss Count 2 of the controlling Indictment against Defendant at sentencing.

Accordingly, if the Court approves the plea agreement between the Parties, the Government respectfully moves the Court to dismiss Count 2 of the Indictment at sentencing.

Respectfully submitted this 3rd day of April 2023.

COLE FINEGAN
UNITED STATES ATTORNEY


By: /s/ R. Josh Player
R. Josh Player
Assistant United States Attorneys
835 East 2nd Ave, Suite 410
Durango, Colorado 81301
Telephone: (970) 247-1514
Email: Riley.Player@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Laura Suelau
Laura_suelau@fd.org

*s/Amy Connor*
Amy Connor
Paralegal Specialist
U.S. Attorney's Office
835 East 2nd Ave, Suite 410
Durango, Colorado 81301
(970) 247-1514 phone
Amy.connor@usdoj.gov
