IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 21-CR-00258-REB-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMARR LANG,

    Defendant.

---

**Government's Motion for an Additional One Level Reduction for Acceptance of Responsibility Under USSG § 3E1.1(b)**

---

The United States of America, by and through Assistant United States Attorney R. Josh Player, and in accordance with the plea agreement in this matter, hereby, moves the Court, pursuant to USSG § 3E1.1(b), for an additional one level reduction based on Defendant's acceptance of responsibility. Defendant has assisted in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

The plea agreement contemplates and requires, among other terms, the Government to move the Court for an additional one level reduction pursuant to USSG § 3E1.1(b), provided Defendant does not engage in additional criminal activity, prohibited conduct, or otherwise implicate USSG §§ 3C1.1 and 3E1.1, cmt.n.4, between his guilty plea and sentencing. Defendant has not engaged in such conduct as of the

date of this motion.  Accordingly, the Government respectfully moves the Court for an additional one-level reduction pursuant to the terms of the plea agreement and USSG § 3E1.1(b).

Respectfully submitted this 3rd day of April 2023.

        COLE FINEGAN
        UNITED STATES ATTORNEY

        By:  s/ *R. Josh Player*
        R. Josh Player
        Special Assistant United States Attorney
        835 E 2nd Avenue, Suite 410
        Durango, Colorado 81301
        Telephone: (970) 247-1514
        Email: riley.player@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Laura Suelau
Laura_suelau@usdoj.gov


By:  s/ *Amy Connor*
Amy Connor
Paralegal Specialist
United States Attorney's Office
835 E 2nd Avenue, Suite 410
Durango, Colorado 81301
Telephone: (970) 247-1514
Email: amy.connor@usdoj.gov