IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:             April 13, 2023
Deputy Clerk:     Leigh Roberson
Court Reporter:   Janet Coppock
Probation Officer: Ryan Kinsella

| | |
|---|---|
| Criminal Case No. 21-cr-258-REB-JMC | Counsel: |
| UNITED STATES OF AMERICA, | R. Josh Player |
| Plaintiff, | |
| v. | |
| JAMARR LANG, | Laura Suelau |
| Defendant. | |

## SENTENCING MINUTES

**9:58 a.m.     Court in session.**

Appearances of counsel. Defendant is present in custody.

The parties have received and reviewed the presentence report and all addenda.

Also pending before the Court relevant to sentencing are the following:

- Consent of the government and the defendant pursuant to Durango Protocol [ECF 11]
- Minutes of Change of Plea Hearing [ECF 82]
- Defendant's Objections to the Presentence Report [ECF 90]
- Government's Motion to Dismiss Count 2 of the Indictment [ECF 97]
- Government's Motion for Acceptance of Responsibility [ECF 98]
- Government's Motion for Variance [ECF 99]
- Defendant's Motion for Variant Sentence [ECF 100]

Statements by defense counsel, defendant, and government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the consent of the government and the defendant is accepted and approved;

2. That the plea agreement of the parties as presented in the plea documents is formally approved;

3. That the findings and recommendations of the magistrate judge in the minutes of the change of plea hearing are approved and adopted by this Court;

4. That [ECF 97], [ECF 98], [ECF 99], and [ECF 100] are granted;

5. That judgment of conviction is entered on Count 1 of the Indictment;

6. That it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months;

7. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years;

8. That within 72 hours of the defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district to which the defendant is released;

9. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified in the Sentencing Recommendation [ECF 93-1];

10. That this Court recommends that the Bureau of Prisons, to the extent necessary, designate the defendant to an official detention facility within the state of Colorado;

11. That no fine is imposed;

12. That the defendant shall pay forthwith a special victim's fund assessment of $100;

13. That no order of restitution shall enter;

14. That presentence confinement credit shall be determined by the Bureau of Prisons; and

15. That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

**10:34 a.m.**   **Court in recess.**   Hearing concluded.   Total time in court: 00:36