IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

| | |
|---|---|
| Date: July 17, 2023 | Probation/Pretrial: Erika Ball |
| Secretarial Assistant: Patricia I. Berg | Interpreter: |
| FTR | |

**Criminal Case No.: 21-CR-00258-GPG-JMC**

**UNITED STATES OF AMERICA,**

           Josh Player, AUSA

  **Plaintiff,**

v.

**1. JAMARR LANG,**     Counsel: Wade Whidden
**Defendant.**

**COURTROOM MINUTES - INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION**

**Court in Session: 12:25 p.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel.
Defendant advised of all rights, allegations of petition and possible penalties.
Defendant has completed a Financial Affidavit and requests Court appointed counsel

**ORDERED:**
- **The Court finds Defendant is eligible for Court appointed counsel and orders counsel be appointed to represent the Defendant in this matter.**

Government seeks detention.

**ORDERED:**
- Detention and preliminary hearing are scheduled for July 19, 2023 at 2:45 p.m. before Magistrate Judge James M. Candelaria.
- Defendant is remanded to custody of U. S. Marshal.

Hearing Concluded
**Court in Recess: 12:38 p.m.**
Time: 13 Minutes