IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00258-GPG-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAMARR LANG**,

    Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2023, I filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

R. Josh Player, Assistant United States Attorney
Email: Riley.Player@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jamarr Lang (via U.S. Mail)

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant
