AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By USMS D/CO at 4:23 pm, Jun 16, 2023

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JAMARR LANG<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:21-cr-00258-GPG-JMC-01 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jamarr Lang,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

1. FAILURE TO REPORT ARREST BY LAW ENFORCEMENT OFFICER
2. FAILURE TO PERMIT CONTACT BY PROBATION OFFICER
3. EXCESSIVE USE OF ALCOHOL
4. POSSESSION AND USE OF A CONTROLLED SUBSTANCE
5. FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AS DIRECTED BY THE PROBATION OFFICER

Date: June 16, 2023

*Issuing officer's signature*

City and state: Durango, Colorado

James M. Candelaria, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/16/23, and the person was arrested on *(date)* 7/13/23
at *(city and state)* Ignacio, CO.

Date: 7/14/23

*Arresting officer's signature*

Richard Lawson, DUSM
*Printed name and title*