IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

---

**Date:** July 19, 2023                                      **Probation/Pretrial:** Desirae Torres
**Secretarial Assistant:** Patricia I. Berg             **Interpreter:**
**FTR in Durango, Colorado**

---

**Criminal Case No.: 21-CR-00258-GPG-JMC**

**UNITED STATES OF AMERICA,**

                                                           Josh Player, AUSA

**Plaintiff,**

**v.**

**1. JAMARR LANG,**                                      **Counsel:** Laura Suelau
**Defendant.**

---

**COURTROOM MINUTES – PRELIMINARY AND DETENTION HEARING ON SUPERVISED RELEASE VIOLATION**

---

**Court in Session: 2:45 p.m.**

Court calls case and appearances entered.
Defendant present in custody with Counsel.

Defendant presents signed Waiver of Preliminary Hearing and Waiver of Detention Hearing. Defendant questioned and waivers are accepted as knowingly and voluntarily.

**ORDERED:**
- Matter continued to December 18, 2023 at 12:00 p.m. for Final Revocation Hearing at the U.S. District Court, 1060 E. 2nd Ave., Room 150, Durango, Colorado before the Judge Gordon P. Gallagher.
- Defendant remanded to custody of U. S. Marshal

Hearing Concluded
**Court in Recess: 2:58 p.m.**
Time: 13 Minutes