IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal Action No.:   21-CR-00258-GPG-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAMARR LANG,

Defendant.

---

## WAIVER OF PRELIMINARY HEARING BY DEFENDANT ON SUPERVISED RELEASE

---

I have been advised of my right to have a preliminary hearing, pursuant to Fed. R. Crim. P. 32.1, in conjunction with the petition to revoke my supervised release. Having been advised of my rights, I do hereby voluntarily waive my right to have a preliminary hearing.

DATED at Durango, Colorado this 19 day of July, 2023.

_Jamarr Lang_
Defendant

_[signature]_
Counsel for Defendant