IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal Action No.: 21-CR-00258-GPG-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAMARR LANG,

Defendant.

## WAIVER OF DETENTION HEARING BY DEFENDANT FOR VIOLATION OF SUPERVISED RELEASE

I have been advised of my right to have a detention hearing, pursuant to 32.1(a)6), Fed. Rules of Criminal Procedure, in conjunction with the Petition to Revoke Supervised Release now pending against me in the District of Colorado. Having been advised of my rights, I do hereby voluntarily waive my right to have a detention hearing.

DATED at Durango, Colorado this 19 day of July, 2023.

_Jamarr Lang_
Defendant

_[signature]_
Attorney for Defendant