IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00258-GPG-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAMARR LANG**,

    Defendant.

---

## DEFENDANT'S EMERGENCY MOTION FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND FUNERAL

---

Jamarr Lang, through his attorney, Assistant Federal Public Defender Laura H. Suelau, respectfully requests and an order releasing him from custody to attend the funeral of his uncle and Ute Mountain Ute Tribal Elder, Douglas Wall. In support of this Motion, Mr. Lang states:

1. Mr. Lang is in custody pending a Final Revocation Hearing on alleged violations of the terms and conditions of his Supervised Release. Doc. 105. Mr. Lang is alleged to have committed five Grade C violations.

2. The advisory guideline range for that revocation is 3 to 9 months. Mr. Lang has been in custody since July 14, 2023. A Final Hearing is presently set for December 18, 2023. Counsel intends to file a Motion to set that hearing for a date before December 18, 2023.

3. Mr. Lang waived detention and is presently detained at La Plata County Jail. At his detention hearing, Magistrate Judge James M. Candelaria indicated that Mr. Lang is not a risk of flight.

4. On August 2, 2023, Mr. Lang's uncle, Douglas Wall, died. Mr. Lang was exceptionally close to Mr. Wall and his middle name is "Douglas" in honor of Mr. Wall.

5. Mr. Lang's mother, Marettas Frost, informed counsel that Mr. Wall's funeral services are schedule to take place on Monday, August 7, 2023 at 10:00 a.m. at the Ute Mountain Ute Recreation Center. *See* Exhibit A, Memo from Chairman Manuel Heat.

6. The Ute Mountain Recreation Center is located at 485 Sunset Blvd, Towaoc, Colorado 81334. That facility is approximately 70 minutes from the La Plata County Jail.

7. Ms. Frost can provide transportation for Mr. Lang to and from La Plata County Jail.

8. AUSA Josh Player opposes the requested furlough.

Therefore, Mr. Lang respectfully requests this Court enter an order releasing him for six hours or such other time as necessary to permit him to attend the funeral of his deceased uncle and grieve with family and tribal members on Monday, August 7, 2023. He requests that furlough begin at 8:00 a.m. on that date. This Court may also order Mr. Lang to comply with the applicable terms and conditions of his Supervised Release during that time.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

R. Josh Player, Assistant United States Attorney
Email: Riley.Player@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jamarr Lang (via U.S. Mail)

                                      s/ Laura H. Suelau
                                      LAURA H. SUELAU
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone: (303) 294-7002
                                      FAX: (303) 294-1192
                                      laura_suelau@fd.org
                                      Attorney for Defendant