

## FROM THE OFFICE OF THE CHAIRMAN

**TO:** ALL TRIBAL EMPLOYEES/ COMMUITY MEMBERS

**FROM:** MANUEL HEART, CHAIRMAN

**SUBJECT:** CLOSURE OF TRIBAL OFFICES

**DATE:** 8/3/2023

The Ute Mountain Ute Tribal Governmental Offices will be closed on Monday, August 7, 2023 in observance of Tribal Elder Douglas Wall's Funeral. Regular Office hours will resume on Tuesday, August 8, 2023 at 8 AM.

Thank you

*Manuel Heart*

Manuel Heart
Chairman

(8.0 Administrative Pay)