IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  21-cr-00258-GPG-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMARR LANG,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RELEASE OR FURLOUGH**

---

The United States, by and through R. Josh Player, Assistant United States Attorney, objects to the relief requested in Defendant's Emergency Motion for Release from Custody or Furlough to Attend Funeral.  [ECF #117].

**ARGUMENT**

The Government appreciates Defendant's desire to attend the funeral services for his brother.  The death of a loved family member is always a difficult time for survivors.  However, this unfortunate event does not alter Magistrate Judge J. Candelaria's ruling that Defendant should be detained pending the final revocation hearing.  Of course, the court may reconsider upon a change of circumstances material to the issue of detention pursuant to Title18 U.S.C. Section 3142(f)(2).  [ECF #114].  This situation is not material to the issues regarding pretrial detention.

1

It is not unforeseeable that decisions that lead to a person's pretrial detention or incarceration may also result in a person missing certain important life events.

If there is a way for Defendant to observe the services while in custody, for instance on a Webex type format, the Government would not oppose such an opportunity, subject to necessary security restrictions.

Condolences.

Dated this 4th day of August 2023.

        COLE FINEGAN
        United States Attorney

        By:  *s/ R. Josh Player*
        R. Josh Player
        Assistant United States Attorney
        835 E. 2nd Street, Suite 410
        Durango, Colorado 81301
        Telephone: (970) 247-1514
        Email: riley.player@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of August 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record, Laura Suelau, at the following electronic address:

  Laura Suelau

  Laura_suelau@fd.org

                *s/ Amy Connor*
                Amy Connor
                Paralegal Specialist
                U.S. Attorney's Office
                835 E. 2nd Street, Suite 410
                Durango, Colorado 81301
                Telephone: (970) 247-1514
                Amy.connor@usdoj.gov