**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria**

Criminal Case No. 21-CR-00258-GPG-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAMARR LANG,
Defendant.

---

## ORDER DENYING DOC 117

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

The Court offers its condolences for the Defendant's loss, however the Defendant's Emergency Motion For Temporary Release From Custody To Attend Funeral [Doc 117] is respectfully Denied.

**DATED: August 4, 2023**

BY THE COURT:

**James M. Candelaria
United States Magistrate Judge**